UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

Case No.: 10-CV-80231-RYSKAMP/WHITE

JOHN EDWARD GORDON,

    Petitioner,

v.

UNITED STATES OF
AMERICA,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND CLOSING CASE

**THIS CAUSE** comes before the Court on the report **[DE15]** of United States Magistrate Judge Patrick A. White entered on November 2, 2010. Petitioner John Edward Gordon filed his objections **[DE 16]** on November 30, 2010. This matter is ripe for adjudication.

Pending before Judge White was Mr. Gordon's motion to vacate pursuant to 28 U.S.C. § 2255 **[DE 1]** entered on February 11, 2010 and Mr. Gordon's motion to stay **[DE 14]** entered on October 19, 2010. In his report, Judge White recommends that the motion to vacate be dismissed as time-barred, and alternatively, be denied on the merits. Judge White also recommends that the Court deny Mr. Gordon's motion to stay.

The Court has conducted a *de novo* review of the report, objections, applicable law, and pertinent portions of the record. The Court finds the report to be well-reasoned and correct and the objections to be meritless. Accordingly, it is hereby

    **ORDERED AND ADJUDGED** that

(1) The report of United States Magistrate Judge Patrick A. White **[DE 15]** be, and the same hereby is **RATIFIED**, **AFFIRMED** and **APPROVED** in its entirety;

(2) Petitioner John Edward Gordon's motion to stay **[DE 14]** is **DENIED**;

(3) Petitioner John Edward Gordon's motion to vacate pursuant to 28 U.S.C. § 2255 **[DE 1]** is **DISMISSED** as time-barred and, alternatively, **DENIED** on the merits;

(4) The Clerk of Court is directed to **CLOSE THIS CASE**; and

(5) Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Chambers at West Palm Beach, Florida this 27 day of December, 2010.

/s/ Kenneth L. Ryskamp
KENNETH L. RYSKAMP
UNITED STATES DISTRICT JUDGE